**95–42.** State v. Wogenstahl. *Hamilton County,* No. C–930222. Reported at 75 Ohio St.3d 344, 662 N.E.2d 311. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–112.** State v. Benge. *Butler County,* No. CA93–06–116. Reported at 75 Ohio St.3d 136, 661 N.E.2d 1019. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–202.** State v. Hill. *Hamilton County,* No. C–910916. Reported at 75 Ohio St.3d 195, 661 N.E.2d 1068. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–510.** Meijer, Inc. v. Montgomery Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93–M–731, 93–M–732 and 93–M–733. Reported at 75 Ohio St.3d 181, 661 N.E.2d 1056. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–553.** State ex rel. Neff v. Corrigan. *Cuyahoga County,* No. 67421. Reported at 75 Ohio St.3d 12, 661 N.E.2d 170. On motion for reconsideration. Motion denied; on motions to consolidate and to strike. Motions denied.

STRATTON, J., not participating.

**95–587.** Time Warner AxS v. Pub. Util. Comm. Public Utilities Commission, No. 93–487–TP–ALT. Reported at 75 Ohio St.3d 229, 661 N.E.2d 1097. On motion for reconsideration and/or clarification by Ameritech Ohio. Motion denied.

STRATTON, J., not participating.

**95–588.** AT & T Communications of Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, Nos. 93–487–TP–ALT and 93–576–TP–CSS. Reported at 75 Ohio St.3d 229, 661 N.E.2d 1097. On motion for reconsideration and/or clarification by Ameritech Ohio. Motion denied.

STRATTON, J., not participating.

**95–589.** MCI Telecommunications Corp. v. Pub. Util. Comm. Public Utilities Commission, Nos. 93–487–TP–ALT and 93–576–TP–CSS. Reported at 75 Ohio St.3d 229, 661 N.E.2d 1097. On motion for reconsideration and/or clarification by Ameritech Ohio. Motion denied.

STRATTON, J., not participating.

**95–1165.** State v. Wogenstahl. *Hamilton County,* No. C–930222. Reported at 75 Ohio St.3d 273, 662 N.E.2d 16. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–1330.** State v. Esparza. *Lucas County,* No. L–84–225. Reported at 74 Ohio St.3d 660, 660 N.E.2d 1194. On motion for reconsideration. Motion denied.

RESNICK and STRATTON, JJ., not participating.

**95–2005.** State v. Colwell. *Hamilton County,* No. C–930806. Reported at 74 Ohio St.3d 631, 660 N.E.2d 1173. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–2238.** Cedar Fair, L.P. v. Weinstein. *Erie County,* No. E–95–040. Reported at 75 Ohio St.3d 1411, 661 N.E.2d 759. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

RESNICK and STRATTON, JJ., not participating.

**95–2263.** State ex rel. Richard v. Seidner. *Lorain County,* No. 95CA006193. Reported at 75 Ohio St.3d 634, 660 N.E.2d 1175. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

**95–2323.** Jocek v. GTE North. *Summit County,* No. 17097. Reported at 75 Ohio St.3d 1412, 661 N.E.2d 759. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

STRATTON, J., not participating.